1 | SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

2

3 | BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

4 | ELISE BECKER (NYSBN 2540730)
Assistant United States Attorney

5

6 | 450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-6878

7 | Facsimile: (415) 436-7234

8 | elise.becker@usdoj.gov
brian.stretch@usdoj.gov

9

Attorneys for Plaintiff

10

11 | UNITED STATES DISTRICT COURT

12 | NORTHERN DISTRICT OF CALIFORNIA

13 | SAN FRANCISCO DIVISION

14

UNITED STATES OF AMERICA,            )      CR 04-0201 MJJ
15                                    )
         Plaintiff,                   )
16                                    )
    v.                                )
17                                    )      **STIPULATION AND
                                      )      (PROPOSED) ORDER
18 | PRABHAT GOYAL,                   )      EXTENDING CIVIL STAY**
                                      )
19                                    )
         Defendant.                   )
20 _____    )

21 | SECURITIES AND EXCHANGE          )
COMMISSION,                           )      No. C. 04-2372 MJJ
22                                    )
         Plaintiff,                   )
23                                    )
    v.                                )
24                                    )
PRABHAT GOYAL,                        )
25                                    )
         Defendant.                   )
26 _____    )

27

28

Order Extending Stay
CR 04-0201 MJJ; C 04-2372 MJJ                    1

1 | The parties stipulate and agree as follows:

2 | 1. On July 2, 2004, this Court issued a stay in the above captioned civil case based upon the parties' stipulation. The stay was issued for nine months, or the end of the criminal litigation, whichever came first.

3 | 2. On April 4, 2005, this Court extended the stay in the civil case until May 2006, or the conclusion of the criminal litigation, whichever came first.

4 | 3. On June 1, 2006, this Court again extended the stay in the civil case until May 2007, or the conclusion of the criminal litigation, whichever came first.

5 | 4. Subject to this Court's confirming Order, because the criminal action is still pending, and for all the reasons set forth in the parties' previous stipulations, the parties stipulate that the civil action shall accordingly be stayed to and including two weeks after this Court's rulings on the defendant's post-trial motions, or sentencing, whichever comes last. If the criminal action is not concluded by January 2008, any party or parties including the United States Attorney may apply to the Court for a further stay.

DATED: August 13, 2007

Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

/S/ Elise Becker
ELISE BECKER
Assistant United States Attorney

DATED: August 13, 2007

/S/ Stephen Jonas
STEPHEN JONAS
Attorney for Prabhat Goyal

DATED: August 13, 2007

/S/ Lawrence Renbaum
LAWRENCE RENBAUM
Attorney for Plaintiff Securities and
Exchange Commission

Order Extending Stay
CR 04-0201 MJJ; C 04-2372 MJJ                    2

ORDER

It is hereby ordered that all the proceedings in the civil action shall be stayed to and including two weeks after the Court's ruling on the defendant's post-trial motions, or sentencing, whichever is last. If the criminal action is not concluded by January 2008, any party or parties including the United States Attorney may apply to the Court for a further stay.

IT IS SO ORDERED.

DATED: 8/16/2007

_____
HONORABLE MARTIN J. JENKINS
UNITED STATES DISTRICT COURT