IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

    v.

PRABHAT K. GOYAL,

    Defendant.
_____/

No. C-04-2372 MMC

**ORDER OF REFERRAL; CONTINUING CASE MANAGEMENT CONFERENCE**

    The above-titled case is hereby REFERRED, pursuant to Civil Local Rule 3-12(c), to the Honorable Susan Illston for consideration of whether the case is related to United States v. Prabhat K. Goyal, 04-CR-201 SI. (See Joint Case Management Statement, filed May 2, 2008 at 4:1-3.)

    In light of the instant referral, and in consideration of the parties' stipulated request (see id. at 4:20-23), the Case Management Conference before the undersigned is hereby CONTINUED from May 9, 2008 to September 26, 2008 at 10:30 a.m.; a Joint Case Management Statement shall be filed no later than September 19, 2008.

    **IT IS SO ORDERED.**

Dated: May 5, 2008

                              MAXINE M. CHESNEY
                              United States District Judge