1  U.S. SECURITIES AND EXCHANGE COMMISSION
   Stephen L. Cohen (cohens@sec.gov)
2  Lawrence C. Renbaum
   100 F Street, N.E.
3  Washington, D.C. 20549-4030
   Telephone: (202)551-4472 (Cohen)
4  Facsimile: (202)772-9245 (Cohen)

5  Attorneys for Plaintiff
   Securities and Exchange Commission

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>PRABHAT K. GOYAL,<br><br>　　　　　Defendant. | Case No. 3:04-cv-02372-SI<br><br>**[PROPOSED] ORDER VACATING AND RESCHEDULING CONFERENCE SET FOR AUGUST 22, 2008** |

Having reviewed the parties' joint filing on July 22, 2008, and good cause appearing therefore,

IT IS HEREBY ORDERED that:

The Scheduling Conference currently set for August 22, 2008, is **VACATED**;

1.   ORDER VACATING AND RESCHEDULING
     CONFERENCE SET FOR AUGUST 22, 2008
     3:04-CV-02372-MMC

US1DOCS 6658902v2

1
2   IT IS FURTHER ORDERED that the parties will appear *by telephone* for a status
3  conference on __October 31, 2008_____, 2008, at __2:30 p.m.____.
4   **IT IS SO ORDERED.**
5
6  DATED: _____, 2008
7                                          _____
                                            **HONORABLE SUSAN ILLSTON**
8                                          **UNITED STATES DISTRICT JUDGE**
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
                                2.    **ORDER VACATING AND RESCHEDULING**
                                      **CONFERENCE SET FOR AUGUST 22, 2008**
                                      **3:04-CV-02372-MMC**

US1DOCS 6658902v2