```
                                                          DENIED
                                                     /s/ Susan Illston
                                                     Judge Susan Illston
```

1  U.S. SECURITIES AND EXCHANGE COMMISSION
   Stephen L. Cohen (cohens@sec.gov)
2  Lawrence C. Renbaum
   100 F Street, N.E.
3  Washington, D.C. 20549-4030
   Telephone: (202)551-4472 (Cohen)
4  Facsimile: (202)772-9245 (Cohen)

5  Attorneys for Plaintiff
   Securities and Exchange Commission

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | Case No. 3:04-cv-02372-SI |
| Plaintiff, | **[PROPOSED] ORDER VACATING AND RESCHEDULING CONFERENCE SET FOR OCTOBER 31, 2008** |
| v. | |
| PRABHAT K. GOYAL, | |
| Defendant. | |

Having reviewed the parties' joint filing on October 24, 2008, and good cause appearing therefore,

IT IS HEREBY ORDERED that:

The Scheduling Conference currently set for October 31, 2008, is **VACATED**;

1.                             **ORDER VACATING AND RESCHEDULING CONFERENCE SET FOR OCTOBER 31, 2008     3:04-CV-02372-SI**

US1DOCS 6658902v3

IT IS FURTHER ORDERED that the parties will appear *by telephone* for a status conference on _____, 2008, at _____.

**IT IS SO ORDERED.**

DATED:   October ____, 2008

**HONORABLE SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE**

2.

ORDER VACATING AND RESCHEDULING
CONFERENCE SET FOR OCTOBER 31,
2008                    3:04-CV-02372-SI

US1DOCS 6658902v3