WILMER CUTLER PICKERING
 HALE AND DORR LLP
Elizabeth Rogers Brannen (SBN 226234)
elizabeth.brannen@wilmerhale.com
1117 California Ave.
Palo Alto, CA 94304
Telephone: (650) 858-6000
Facsimile:  (650) 858-6100

Attorneys for Defendant,

PRABHAT K. GOYAL

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>PRABHAT K. GOYAL,<br><br>Defendant. | Case No.  3:04-cv-02372-SI<br><br>**[PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE TO AUGUST 3, 2009** |

3:04-cv-02372-SI

1.

**[PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE TO AUGUST 3, 2009**

US1DOCS 7135411v1

1  Having reviewed the parties' joint filing on August 20, 2009, and good cause appearing
2  therefore,
3  IT IS HEREBY ORDERED that:
4  The further case management conference currently set for April 24, 2009, is **VACATED**;
5  IT IS FURTHER ORDERED that the parties will appear ***by telephone*** for a status
   August 7, 2009, at 3:00 p.m.
6  conference on ~~August 3, 2009, at~~ _____.
7  **IT IS SO ORDERED.**
8
9  DATED: April ____, 2009                    _____
10                                             **HONORABLE SUSAN ILLSTON**
                                               **UNITED STATES DISTRICT JUDGE**

28

3:04-cv-02372-SI                         2.        **[PROPOSED] ORDER CONTINUING**
                                                   **CASE MANAGEMENT CONFERENCE**
                                                   **TO AUGUST 3, 2009**

US1DOCS 7135411v1