1

2   WILMER CUTLER PICKERING
      HALE AND DORR LLP
3   Elizabeth Rogers Brannen (SBN 226234)
    elizabeth.brannen@wilmerhale.com
    1117 California Ave.
4   Palo Alto, CA 94304
    Telephone: (650) 858-6000
5   Facsimile:  (650) 858-6100

6

7   Attorneys for Defendant,

    PRABHAT K. GOYAL
8

9               UNITED STATES DISTRICT COURT

10            NORTHERN DISTRICT OF CALIFORNIA

11                SAN FRANCISCO DIVISION

12

13   SECURITIES AND EXCHANGE          Case No.  3:04-cv-02372-SI
     COMMISSION,
14                                    **[PROPOSED] ORDER CONTINUING
                                      CASE MANAGEMENT
                  Plaintiff,          CONFERENCE TO NOVEMBER 6,
15                                    2009**
          v.
16
     PRABHAT K. GOYAL,
17
                  Defendant.
18

19

20

21

22

23

24

25

26

27

28
                                        **[PROPOSED] ORDER CONTINUING
     3:04-cv-02372-SI              1.   CASE MANAGEMENT CONFERENCE
                                        TO NOVEMBER 6, 2009**

1    Having reviewed the parties' joint filing submitted on July 28, 2009, and good cause

2    appearing therefore,

3          IT IS HEREBY ORDERED that:

4          The further case management conference currently set for August 7, 2009, is **VACATED**;

5          IT IS FURTHER ORDERED that the parties will appear *by telephone* for a status

6    conference on November 6, 2009, at __3:00 p.m._____.

7          **IT IS SO ORDERED.**

8

9    DATED:    July _____, 2009          _____

10                                   **HONORABLE SUSAN ILLSTON**
                                     **UNITED STATES DISTRICT JUDGE**

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
         3:04-cv-02372-SI                    2.        **[PROPOSED] ORDER CONTINUING**
                                                        **CASE MANAGEMENT CONFERENCE**
                                                        **TO NOVEMBER 6, 2009**

US1DOCS 7241872v1