WILMER CUTLER PICKERING
  HALE AND DORR LLP
Elizabeth Rogers Brannen (SBN 226234)
elizabeth.brannen@wilmerhale.com
1117 California Ave.
Palo Alto, CA 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

Attorneys for Defendant,

PRABHAT K. GOYAL

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>            Plaintiff,<br><br>  v.<br><br>PRABHAT K. GOYAL,<br><br>            Defendant. | Case No. 3:04-cv-02372-SI<br><br>**[PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE TO FEBRUARY 5, 2010** |

3:04-cv-02372-SI      1.      **[PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE TO FEBRUARY 5, 2010**

US1DOCS 7241872v1

1     Having reviewed the parties' joint filing submitted on October 30, 2009, and good cause
2 appearing therefore,
3     IT IS HEREBY ORDERED that:
4     The further case management conference currently set for November 6, 2009, is
5 **VACATED**;
6     IT IS FURTHER ORDERED that the parties will appear *by telephone* for a status
7 conference on February 5, 2010, at __3 P.M._____.
8     **IT IS SO ORDERED.**

10 DATED: November ____, 2009

                                                     _____
                                                     **HONORABLE SUSAN ILLSTON**
                                                     **UNITED STATES DISTRICT JUDGE**