WILMER CUTLER PICKERING
  HALE AND DORR LLP
Elizabeth Rogers Brannen (SBN 226234)
elizabeth.brannen@wilmerhale.com
1117 California Ave.
Palo Alto, CA 94304
Telephone: (650) 858-6000
Facsimile:  (650) 858-6100

Attorneys for Defendant,

PRABHAT K. GOYAL

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>        Plaintiff,<br><br>    v.<br><br>PRABHAT K. GOYAL,<br><br>        Defendant. | Case No.  3:04-cv-02372-SI<br><br>**[PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE TO APRIL 2, 2010** |

3:04-cv-02372-SI                                1.

**[PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE TO APRIL 2, 2010**

US1DOCS 7431657v1

1  Having reviewed the parties' joint filing submitted on January 28, 2010, and good cause
2  appearing therefore,
3  IT IS HEREBY ORDERED that:
4  The further case management conference currently set for February 5, 2010, is
5  **VACATED**;
6  IT IS FURTHER ORDERED that the parties will appear *by telephone* for a status
7  conference on April 2, 2010, at ____3 p.m._____.
8  **IT IS SO ORDERED.**

DATED:   January ____, 2010

_____
**HONORABLE SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE**