1

2  WILMER CUTLER PICKERING
   HALE AND DORR LLP
3  Elizabeth Rogers Brannen (SBN 226234)
   elizabeth.brannen@wilmerhale.com
   1117 California Ave.
4  Palo Alto, CA 94304
   Telephone: (650) 858-6000
5  Facsimile:  (650) 858-6100

6

7  Attorneys for Defendant,

   PRABHAT K. GOYAL
8

9              UNITED STATES DISTRICT COURT

10           NORTHERN DISTRICT OF CALIFORNIA

11              SAN FRANCISCO DIVISION

12

13  SECURITIES AND EXCHANGE          Case No.  3:04-cv-02372-SI
    COMMISSION,
14                                    **[PROPOSED] ORDER CONTINUING
                 Plaintiff,           CASE MANAGEMENT
15                                    CONFERENCE TO JUNE 4, 2010**

16       v.

    PRABHAT K. GOYAL,
17
                 Defendant.
18

19

20

21

22

23

24

25

26

27

28

3:04-cv-02372-SI                  1.        **[PROPOSED] ORDER CONTINUING
                                            CASE MANAGEMENT CONFERENCE
                                            TO JUNE 4, 2010**

US1DOCS 7488153v1

1    Having reviewed the parties' joint filing submitted on March 24, 2010, and good cause

2  appearing therefore,

3    IT IS HEREBY ORDERED that:

4    The further case management conference currently set for April 2, 2010, is **VACATED**;

5    IT IS FURTHER ORDERED that the parties will appear *by telephone* for a status

6  conference on June 4, 2010, at ____3:00 p.m._____.

7    **IT IS SO ORDERED.**

8

9  DATED:    March _____, 2010                _____

10                                            **HONORABLE SUSAN ILLSTON**
                                              **UNITED STATES DISTRICT JUDGE**

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**[PROPOSED] ORDER CONTINUING**
**CASE MANAGEMENT CONFERENCE**
**TO JUNE 4, 2010**

US1DOCS 7488153v1