1
2  WILMER CUTLER PICKERING
    HALE AND DORR LLP
3  Michael A. Mugmon (SBN 251958)
   michael.mugmon@wilmerhale.com
4  1117 S. California Avenue
   Palo Alto, CA 94304
5  Telephone: (650) 858-6000
   Facsimile:  (650) 858-6100

6

7  Attorneys for Defendant,

8  PRABHAT K. GOYAL

9                    UNITED STATES DISTRICT COURT
10                   NORTHERN DISTRICT OF CALIFORNIA
11                       SAN FRANCISCO DIVISION
12

13 | SECURITIES AND EXCHANGE         | Case No. 3:04-cv-02372-SI
   | COMMISSION,                     |
14 |                                 | **[PROPOSED] ORDER CONTINUING
   |          Plaintiff,             | CASE MANAGEMENT
15 |                                 | CONFERENCE TO AUGUST 6, 2010**
   |    v.                           |
16 |                                 |
   | PRABHAT K. GOYAL,               |
17 |                                 |
   |          Defendant.             |
18

3:04-cv-02372-SI                   1.                [PROPOSED] ORDER CONTINUING
                                                     CASE MANAGEMENT CONFERENCE
                                                     TO AUGUST 6, 2010

US1DOCS 7547133v1

1 | Having reviewed the parties' joint filing submitted on May 26, 2010, and good cause appearing therefore,

IT IS HEREBY ORDERED that:

The further case management conference currently set for June 4, 2010, is **VACATED**;

IT IS FURTHER ORDERED that the parties will appear *by telephone* for a status conference on August 6, 2010, at _____3 p.m._____.

**IT IS SO ORDERED.**

DATED:   May _____, 2010

_____
**HONORABLE SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE**