
WILMER CUTLER PICKERING
  HALE AND DORR LLP
Michael A. Mugmon (SBN 251958)
michael.mugmon@wilmerhale.com
1117 S. California Avenue
Palo Alto, CA 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

Attorneys for Defendant,

PRABHAT K. GOYAL

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, <br><br> Plaintiff, <br><br> v. <br><br> PRABHAT K. GOYAL, <br><br> Defendant. | Case No. 3:04-cv-02372-SI <br><br> **[PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE TO OCTOBER 8, 2010** |

Having reviewed the parties' joint filing submitted on July 26, 2010, and good cause appearing therefore,

IT IS HEREBY ORDERED that:

The further case management conference currently set for August 4, 2010, is **VACATED**;

IT IS FURTHER ORDERED that the parties will appear *by telephone* for a status conference on October 1, 2010, at 3 p.m.

**IT IS SO ORDERED.**

DATED: _____, 2010

HONORABLE SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE