WILMER CUTLER PICKERING
   HALE AND DORR LLP
Michael A. Mugmon (SBN 251958)
michael.mugmon@wilmerhale.com
950 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

Attorneys for Defendant,
PRABHAT K. GOYAL

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br><br>v.<br><br>PRABHAT K. GOYAL,<br><br>    Defendant. | Case No.  3:04-cv-02372-SI<br><br>**[PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE TO DECEMBER 10, 2010** |

Having reviewed the parties' joint filing submitted on September 22, 2010, and good cause appearing therefore,

IT IS HEREBY ORDERED that:

The further case management conference currently set for October 1, 2010, is **VACATED**;

IT IS FURTHER ORDERED that the parties will appear *by telephone* for a status conference on December ~~10,~~ 16, 2010, at \_\_\_\_\_ 3 p.m. _____.

**IT IS SO ORDERED.**

DATED: _____, 2010     _____
**HONORABLE SUSAN ILLSTON**
**UNITED STATES DISTRICT JUDGE**