1  WILMER CUTLER PICKERING
   HALE AND DORR LLP
2  Michael A. Mugmon (SBN 251958)
   michael.mugmon@wilmerhale.com
3  950 Page Mill Road
   Palo Alto, CA 94304
4  Telephone: (650) 858-6000
   Facsimile:  (650) 858-6100
5

6  Attorneys for Defendant,
   PRABHAT K. GOYAL
7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10                        SAN FRANCISCO DIVISION

11

12 | SECURITIES AND EXCHANGE       | Case No.  3:04-cv-02372-SI
   | COMMISSION,
13 |                               | **[PROPOSED] ORDER CONTINUING
   |            Plaintiff,         | CASE MANAGEMENT
14 |                               | CONFERENCE TO FEBRUARY 18,
   |     v.                        | 2011**
15 |
   | PRABHAT K. GOYAL,
16 |
   |            Defendant.
17

1   Having reviewed the parties' joint filing submitted on December 8, 2010, and good cause
2   appearing therefore,
3   IT IS HEREBY ORDERED that:
4   The further case management conference currently set for December 16, 2010, is
5   **VACATED**;
6   IT IS FURTHER ORDERED that the parties will appear *by telephone* for a status
7   conference on February 18, 2011, at __3 p.m._____.
8   **IT IS SO ORDERED.**
9
10   DATED: _____, 2010    [signature]
                                        **HONORABLE SUSAN ILLSTON**
11                                      **UNITED STATES DISTRICT JUDGE**
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

3:04-cv-02372-SI                2.              [PROPOSED] ORDER CONTINUING
                                                CASE MANAGEMENT CONFERENCE
                                                TO FEBRUARY 18, 2011

US1DOCS 7599968v3