1  WILMER CUTLER PICKERING
    HALE AND DORR LLP
2  Michael A. Mugmon (SBN 251958)
    michael.mugmon@wilmerhale.com
3  950 Page Mill Road
    Palo Alto, CA 94304
4  Telephone: (650) 858-6000
    Facsimile:  (650) 858-6100

Attorneys for Defendant,
PRABHAT K. GOYAL

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | Case No.  3:04-cv-02372-SI |
| Plaintiff, | **[PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE TO MARCH 18, 2011** |
| v. | |
| PRABHAT K. GOYAL, | |
| Defendant. | |

1  Having reviewed the parties' joint filing submitted on February 9, 2011, and good cause
2  appearing therefore,
3  IT IS HEREBY ORDERED that:
4  The further case management conference currently set for February 18, 2011, is
5  **VACATED**;
6  IT IS FURTHER ORDERED that the parties will appear *by telephone* for a status
7  conference on March 18, 2011, at ___3 p.m._____.
8  **IT IS SO ORDERED.**

10  DATED: ___2/10/11_____, 2011   _____
11  **HONORABLE SUSAN ILLSTON**
   **UNITED STATES DISTRICT JUDGE**