1
2
3
4
5

WILMER CUTLER PICKERING
  HALE AND DORR LLP
Michael A. Mugmon (SBN 251958)
michael.mugmon@wilmerhale.com
950 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 858-6000
Facsimile:  (650) 858-6100

6
7

Attorneys for Defendant
PRABHAT K. GOYAL

8

**UNITED STATES DISTRICT COURT**

9

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

10

**SAN FRANCISCO DIVISION**

11
12
13
14
15

SECURITIES AND EXCHANGE
COMMISSION,

         Plaintiff,

    vs.

PRABHAT K. GOYAL,
         Defendant

)
)
)
)
)
)
)
)
)
)
)
)

Case No.: 3:04-cv-02372-SI

**JOINT STIPULATION AND [~~PROPOSED ORDER~~] REQUESTING TO CONTINUE CASE MANAGEMENT CONFERENCE TO MAY 20, 2011**

16

      On November 5, 2008, the Court ordered "[t]hat the case shall be continued pending

17

appeal of the underlying criminal case," *United States v. Prabhat K. Goyal,* 3:04-cr-0201-SI,

18

Ninth Circuit Case No. 08-10436, and continued the initial case management conference at the

19

request of both parties because the appeal had not been concluded.  [Dkt. No. 36.]

20

      On December 10, 2010, the Ninth Circuit issued an Order reversing the jury verdict and

21

remanding for entry of judgment of acquittal on all counts.  On February 11, 2011, the Court

22

continued the case management conference, which was then set for February 18, 2011, to March

23

18, 2011 to allow the parties to attempt to reach a resolution of the matter.  [Dkt. No. 62.]

24

      The parties remain in the process of attempting to reach a resolution of this matter.

25

Accordingly, they respectfully request the Court to continue the stay, and to enter the

26

accompanying proposed order continuing the case management conference currently scheduled

27

for March 18, 2011 to May 20, 2011.

28

1

2   Dated: March 10, 2011                    Respectfully submitted,

3                                            SECURITIES AND EXCHANGE COMMISSION

4
                                             By:   _____/S/_____
5                                                  Paul W. Kisslinger
                                                   100 F Street NE
6                                                  Washington, DC  20549-4030
                                                   (202) 551-4427
7

8                                                  Attorneys for Plaintiff
                                                   SECURITIES AND EXCHANGE
9                                                  COMMISSION

10  Dated: March 10, 2011                    WILMER CUTLER PICKERING
                                                 HALE & DORR LLP
11

12
                                             By:   _____/S/_____
13                                                 Michael A. Mugmon
                                                   michael.mugmon@wilmerhale.com
14                                                 950 Page Mill Road
                                                   Palo Alto, CA 94304
15                                                 Tel:  (650) 858-6000
                                                   Fax:  (650) 858-6100
16

17                                                 Stephen A. Jonas
                                                   stephen.jonas@wilmerhale.com
18                                                 Mary Jo Johnson
                                                   maryjo.johnson@wilmerhale.com
19                                                 60 State Street
                                                   Boston, MA 02109
20                                                 Tel.: (617) 526-6000
                                                   Fax: (617) 526-5000
21

22                                                 Attorneys for Defendant
                                                   PRABHAT K. GOYAL
23

24

25

26

27

28

1
2

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

3       I, Michael A. Mugmon, attest that concurrence in the filing of this document has been

4  obtained from each of the other signatories.  I declare under penalty of perjury under the laws of

5  the United States of America that the foregoing is true and correct.  Executed this 10th day of

6  March 2011 at Palo Alto, California.

7

8                                                    _____/S/_____
                                                    Michael A. Mugmon

9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

WILMER CUTLER PICKERING
  HALE AND DORR LLP
Michael A. Mugmon (SBN 251958)
michael.mugmon@wilmerhale.com
950 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 858-6000
Facsimile:  (650) 858-6100

Attorneys for Defendant,
PRABHAT K. GOYAL

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | Case No.  3:04-cv-02372-SI |
| Plaintiff, | **[PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE TO MAY 20, 2011** |
| v. | |
| PRABHAT K. GOYAL, | |
| Defendant. | |

1        Having reviewed the parties' joint filing submitted on March 10, 2011, and good cause

2   appearing therefore,

3        IT IS HEREBY ORDERED that:

4        The further case management conference currently set for March 18, 2011, is

5   **VACATED**;

6        IT IS FURTHER ORDERED that the parties will appear ***by telephone*** for a status

7   conference on May 20, 2011, at ___ 3 p.m. _____.

8        **IT IS SO ORDERED.**

9

10  DATED: _____ 3/11/11 _____, 2011     _____

11                                            **HONORABLE SUSAN ILLSTON**
                                              **UNITED STATES DISTRICT JUDGE**

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28