
1 | WILMER CUTLER PICKERING
HALE AND DORR LLP
2 | Michael A. Mugmon (SBN 251958)
michael.mugmon@wilmerhale.com
3 | 950 Page Mill Road
Palo Alto, CA 94304
4 | Telephone: (650) 858-6000
Facsimile:  (650) 858-6100
5 |
6 | Attorneys for Defendant,
PRABHAT K. GOYAL
7 |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>              Plaintiff,<br><br>       v.<br><br>PRABHAT K. GOYAL,<br><br>              Defendant. | Case No.  3:04-cv-02372-SI<br><br>**[PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE TO JULY 15, 2011** |

3:04-cv-02372-SI  1.  **[PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE TO JULY 15, 2011**

1  Having reviewed the parties' joint filing submitted on May 12, 2011, and good cause
2  appearing therefore,
3      IT IS HEREBY ORDERED that:
4      The status conference currently set for May 20, 2011, is **VACATED**;
5      IT IS FURTHER ORDERED that the parties will appear *by telephone* for a status
6  conference on July 15, 2011, at __3 p.m. FURTHER CONTINUANCES ARE UNLIKELY__.
7      **IT IS SO ORDERED.**

9  DATED:  ___5/12/11___, 2011     _____
10                                           **HONORABLE SUSAN ILLSTON**
                                          **UNITED STATES DISTRICT JUDGE**