UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>PRABHAT K. GOYAL,<br>　　　　Defendant | Case No.: 3:04-cv-02372-SI<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER DISMISSING CERTAIN CLAIMS IN THE COMPLAINT** |

　　　IT IS HEREBY STIPULATED AND AGREED by and between the plaintiff Securities and Exchange Commission ("Commission") and defendant Prabhat K. Goyal, that, subject to the Court's approval of the terms of settlement agreed to by the parties, and the Court's entry of the Final Judgment as to Defendant Prabhat K. Goyal and Consent of Defendant Prabhat K. Goyal submitted to the Court concurrently herewith:

　　　**1.**　　The Commission's First, Second, and Third Claims for Relief in the Complaint are dismissed with prejudice upon the Court's entry of the Final Judgment.

　　　**2.**　　The Commission's Fourth Claim for Relief in the Complaint, to the extent that it asserts a claim under Rule 13b2-2 promulgated under the Securities Exchange Act of 1934 (Making False Statements to Auditors), is dismissed with prejudice upon the Court's entry of the Final Judgment.

　　　**3.**　　The Defendant waives any right under the Equal Access to Justice Act, the Small Business Regulatory Enforcement Fairness Act of 1996, or any other provision of law to seek from the United States, or any agency, or any official of the United States acting in his or her official capacity, directly or indirectly, reimbursement of attorney's fees or other fees, expenses, or costs expended to defend against this action.

Dated: September 9, 2011            Respectfully submitted,

                                    SECURITIES AND EXCHANGE COMMISSION


                                    By:   /S/ Paul W. Kisslinger
                                          Paul W. Kisslinger
                                          100 F Street NE
                                          Washington, DC  20549-5977
                                          (202) 551-4427

                                          Attorneys for Plaintiff SECURITIES AND
                                          EXCHANGE COMMISSION


Dated: September 9, 2011            WILMER CUTLER PICKERING
                                       HALE & DORR LLP


                                    By:  /S/ Michael A. Mugmon
                                         Michael A. Mugmon
                                         michael.mugmon@wilmerhale.com
                                         950 Page Mill Road
                                         Palo Alto, CA 94304
                                         Tel:  (650) 858-6000
                                         Fax:  (650) 858-6100

                                         Stephen A. Jonas
                                         stephen.jonas@wilmerhale.com
                                         Mary Jo Johnson
                                         maryjo.johnson@wilmerhale.com
                                         60 State Street
                                         Boston, MA 02109
                                         Tel.: (617) 526-6000
                                         Fax: (617) 526-5000

                                         Attorneys for Defendant
                                         PRABHAT K. GOYAL

1  SO ORDERED:
2
3
4  Dated:  9/9/11                                    _____
5
6                                                    THE HON. SUSAN ILLSTON
7                                                    UNITED STATES DISTRICT JUDGE

| Case No.: 3:04-cv-02372-SI | 3 | CONSENT OF DEFENDANT PRABHAT K. GOYAL |

US1DOCS 7988507v1

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, Paul W. Kisslinger, attest that concurrence in the filing of this document has been obtained from each of the other signatories. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 9th day of September 2011 in Washington, D.C.

<u>/S/ Paul W. Kisslinger</u>
Paul W. Kisslinger